ACCEPTED
03-15-00591-CV
8425003
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2015 2:08:01 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00591-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/31/2015 2:08:01 PM
JEFFREY D. KYLE
Clerk

THE CITY OF AUSTIN FIREFIGHTERS AND POLICE OFFICERS' CIVIL
SERVICE COMMISSION, DIRECTOR MARK WASHINGTON, CHIEF
ARTURO ACEVEDO AND THE CITY OF AUSTIN, TEXAS
Defendants – Appellants

v.

WILLIAM M. STEWART
Plaintiff - Appellee

Appeal from Cause No. D-1-GN-13-003351
98th Judicial District Court of Travis County, Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S REPLY BRIEF

RESPECTFULLY SUBMITTED,
ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, CHIEF, LITIGATION
CHRIS EDWARDS
Assistant City Attorney
State Bar No. 00789276
City of Austin-Law Department
P. O. Box 1546
Austin, Texas 78767-1546
Telephone:  (512) 974-2419
Facsimile:   (512) 974-1311
**COUNSEL FOR DEFENDANT - APPELLANT**

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant the City of Austin asks the Court to extend the time to file Appellant's Reply Brief pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and in support respectfully shows:

1. This motion is filed within the 15-day time period to file a motion to extend the time to file Appellant's Reply Brief, as required by Texas Rule of Appellate Procedure 6.6.

2. All parties have agreed to this motion.

3. Appellant's Reply Brief presently is due on January 4, 2016, occasioned by one agreed extension of time to file Appellees' Brief which was granted.

4. This extension is necessary for Appellants due to the extension granted Appellees which changed the briefing schedule to conflict with other deadlines and the holidays.

5. Appellant would show that its counsel's case load and work requirements have been extremely heavy, along with the holidays, Appellant's counsel reasonably needs such an extension so that Appellant's counsel may have sufficient time to prepare a meaningful reply.

6. This is the first extension requested. Appellant's counsel requires additional time to prepare Appellant's Reply Brief herein and therefore requests

2

the same extension granted Appellees, a fifteen (15) day extension to file Appellant's Reply Brief on January 19, 2016.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed Motion to Extend Time to file Appellant's Reply Brief until January 19, 2016 and grant Appellant all such other relief to which it may be entitled.

RESPECTFULLY SUBMITTED,

ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, CHIEF, LITIGATION

/s/   Chris Edwards
CHRIS EDWARDS
Assistant City Attorney
State Bar No. 00789276
Chris.edwards@austintexas.gov
City of Austin-Law Department
P. O. Box 1546
Austin, Texas 78767-1546
Telephone:  (512) 974-2419
Facsimile:   (512) 974-1311

**COUNSEL FOR DEFENDANT - APPELLANT**

## CERTIFICATE OF CONFERENCE

This is to certify that I conferred with opposing counsel Matt Bachop on December 31, 2015, who agreed to the extension.

 /s/   Chris Edwards
CHRIS EDWARDS

3

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Rules of Appellate Procedure, this 31st day of December, 2015.

B. Craig Deats
State Bar No.05703700
cdeats@ddollaw.com
Matt Bachop
State Bar No.24055127
mbachop@ddollaw.com
DEATS, DURST & OWEN, P.L.L.C.
1204 San Antonio Street, Suite 203
Austin, TX  78701
Telephone:  (512) 474-6200
Facsimile:  (512) 474-7896

**COUNSEL FOR PLAINTIFF - APPELLEE**

/s/ Chris Edwards
CHRIS EDWARDS
Counsel for Defendant – Appellant